```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,          :
                                   :
           Plaintiff,              :
                                   :
     v.                            :   Criminal Action No. 99-033-4-JJF
                                   :
                                   :   Civil Action No. 03-148-JJF
PARRIS L. WALL, JR.,               :
                                   :
           Defendant.              :
                                   :

                              O R D E R

WHEREAS, the Court issued a Memorandum Opinion in the above-captioned case on March 7, 2005;

WHEREAS, an error in the address label prevented Defendant from receiving his copy of the Court's Memorandum Opinion;

WHEREAS, in light of these circumstances, the Court will amend its previously issued Memorandum Opinion to delay entry of the Order granting Defendant's motion for an extension of time to file an appeal;

WHEREAS, Defendant is hereby provided notice that the Order granting Defendant's motion for an extension of time to file an appeal will be entered on March 28, 2005, and therefore, Defendant's notice of appeal shall be filed no later than April 11, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED this <u>18th</u> day of March 2005 that:

1.   The Memorandum Opinion issued on March 7, 2005 shall be amended to reflect that entry of the Order granting Defendant's

motion for an extension of time shall be entered on March 28, 2005, and therefore, Defendant's notice of appeal shall be filed no later than April 11, 2005.

    2.    The Clerk shall mail a copy of this Order and the March 7, 2005 Memorandum Opinion to Defendant.

                                                            *[signature]*
                                       UNITED STATES DISTRICT JUDGE