IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-033-4-JJF |
| | : | Civil Action No. 03-148-JJF |
| PARRIS L. WALL, JR., | : | |
| Defendant. | : | |

O R D E R

At Wilmington, this 28th day of March 2005 for the reasons set forth in the Memorandum Opinion issued March 7, 2005,

IT IS HEREBY ORDERED that:

1. Defendant's Application To Proceed In Forma Pauperis is **GRANTED**.

2. Defendant's letter motion for an extension of time to file an appeal (D.I. 253) is **GRANTED**.

3. Defendant shall file his notice of appeal in this Court no later than **April 11, 2005**.

4. The Clerk shall correct the docket to reflect that D.I. 253 is a motion for extension of time to file an appeal.

UNITED STATES DISTRICT JUDGE