IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PARRIS WALL, )
    Petitioner )
v. ) Criminal Action No. 99-33-004-JJF
) Civil Action No. (Previously)
UNITED ATATES OF AMERICA, ) 03-148-JJF
    Respondent )
)

## NOTICE OF APPEAL

FILED MAR 3 0 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, Parris Wall, petitioner hereby notify this Honorable court that I will be appealing to the Third Circuit Court of Appeals the issues of the February 9, 2004 order.

Dated:
*M. Wall 3-23-05*

M. Nicholas, Case Manager
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths, (18 USC 4004).

RESPCTFULLY SUBMITTED,

*Parris Wall*

Parris Wall, Pro Se