IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PARRIS WALL,

   Petitioner

v.

UNITED STATES OF AMERICA,

   Respomdent

Cr.Action No.99-33-004(JJF)

Civil Action No.(Previously)

FILED MAR 30 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR PERMISSION TO EXPAND C.O.A.

    Petitioner ,Parris Wall,pro se humbly submit this motion to this Honorable Court seeking permission to expand the C.O.A. that was granted by this Honorable Court on February 9,2004.

    The issue that I would like to expand the C.O.A. with is the same issue that was raised in the 2255 petition that was filed on or about January 2004,which is "A Massiah claim,i.e.(custodial interrogation,"Spy in the Camp",Sixth Amendment deprivation,as a result of.

    Should the Court grant this motion I would like to ask that the previously submitted document titled C.O.A. "Certificate of Appealability" which is already on file in both Courts "Appeals and District" heard.

    Should this previously submitted document not be on file any more ,please notify me so that I can re-submit

(1)

(2)

it.

WHEREFORE, the petitioner prays that this Honorable Court allow him to expand the C.O.A. as to this issue, and have the motion entertained on the merits by the Court of Appeals For the Third Circuit.

Dated:

*[signature]* 3-23-05
M. Nicholas, Case Manager
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths, (18 USC 4004).

RESPECTFULLY SUBMITTED,

*[signature: Parris Wall]*

Parris Wall, pro se