IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-033-4-JJF |
| | : | Civil Action No. 03-148-JJF |
| PARRIS L. WALL, JR., | : | |
| Defendant. | : | |

O R D E R

At Wilmington, this 27 day of April 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Rule 60(b) motion (D.I. 276), recharacterized as a motion to vacate, modify or correct sentence under 28 U.S.C. § 2255, filed by Defendant, Parris L. Wall, Jr., is DISMISSED and the relief requested is DENIED.

2. Defendant has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and therefore, a certificate of appealability is DENIED. See United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); Third Cir. Local Appellate Rule 22.2 (2000).

_____
UNITED STATES DISTRICT JUDGE