05-592                                                              July 12, 2005

Dear Your Honor,

    My name is Parris L. Wall, and I was sentenced in this Court on February 3, 2000, by the Honorable Roderick R. Mckelvie to a term of 180 moths incarceration which was a downward departure from the said applicable guideline range of 262-327, which should have been 210-262, but is to no effect since I received a sentence of 180 months which I was grateful in receiving, but due to the background surrounding this prior offense along with the commentary to 4B1.1 & 2, this prior offense should not have been used, but still it was facially valid (appeared to be at first glance) At any rate the down-ward departure was given, because it was determined that the career offender enhancement overstated the seriousness of my past criminal conduct, which although lenghty involves a bunch of violations of probations, shoplifting, tresspass, and a fight with my childrens mother blown way out of preportion, and a drug and assault 3rd from 1990.

    I want to keep this letter in as layman terms as possible.

    Your Honor, in light of "Booker" I understand that the career offender enhancement is now only advisory. I've also been reading a few cases from this year in light of "Booker" and namely the First Circuit is saying that the sentencing Judges comments at sentencing are enough to warrant a remand, especially where the Judge states that if he could give a lesser sentence than the one imposed he would. In my case I think it is apparent that there is the reasonable probabilty that if at that time the Honorable McKelvie could have imposed a sentence without consideration of the career offender enhancement, and within my applicable guigeline range that he would have.

    I am also enclosing a copy of a 60(b) motion that I just recently submitted to this court that was rejected, not so it can be considered, but so that your will have a better understanding of the background surrounding the prior iffense that I truly believe the guidelines commentary make clear should not have been considered in qualifying me as a career offender

1.

RECEIVED AUG - 1 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Your Honor, I don't know any other way to say it than to just say it, and that is if it is within your power whatsoever, I humbly ask that you call me back down to relieve me of this sentence and to sentence me to either Criminal History Category 5, Level 16, 41-51 months to reflect the amount of drugs that I was convicted of which was .18 and .37 milligrams of cocaine base which results in a base Level of 16, or within my guideline range of 110-137 which includes all relavant conduct i.e. (567 grams of powder cocaine and 2.93 grams of cocaine base. Absent any criminal history at all even with the relavant conduct I would still only be looking at a sentence of 63-78 months, but I understand and respect the fact that my sentence has to reflect my past conduct, but even without consideration of my criminal history the time I am subject to do is more than all my history combined even what I've done sentences for.

    Your Honor, despite my current charges, and my criminal history all in all I am not a bad person. I ve done some bad things, but still through it all, and especially the two years prior to my incarceration I've been very instrumental in the lives of the four children I had prior to my imprisonment, and the thing is, that this wasn't a front or anything of the sort, because I wasn't with either one of their mothers at that time, nor am I now. I was closer to my oldest two more than the others, because I got to see and be with them more. J       and A       When I was first incarcerated on these charges my son J       was 9 years old and my daughter was 5 years old still having accidents wetting my couch and bed when she came to stay. Now in this little bit of time she has now developed maturely has began her period, and is becoming a lady in front of my eyes and a young lady who needs her father, and misses her father, and wants him to be a part of her life.

    My son J       is, or has been going from foster home to foster home and is now caught up in the streets thinking that he's slick, and already in Stevenson House in Milford on criminal charges. Your Honor, I know I can rescue him, and I know that no one is going to put forth a sincere effort as I am.

Not only do they need me,I need the normalcy and stability in my life of assisting in their growth and developement.Who better to teach them than someone who loves them and cares for them and has been through all that one goes through as a result of living a life and experiencing the streets,but at the same time not allowing the streets to consume me.My son is now 15,and my oldest daughter A⸺ is now 11 to be 12 soon.

    Your Honor I've been down for roughly half of the time I have to do on this sentence.I came in in my 20's and to finsh this would put me in my forties.My son would be 22years old and hopefully not dead or incarcerated,and my daughter who was pissing on the couch when i came in would be 18... a woman.What the heck would she need her dad for then?My son...who Knows.He's the same age as I was when I caught my first case,and I don't want to see him reck his life.His mother doesn't give a hoot,and although I was doing what I was doing before I got locked up when he was living with me,I was getting him on the right track,and I am not sure if his principal he had for a short period at Towne Pointe Elementary Mr.Capers is still there,but if you were to inquire with him I am sure he would tell you that I was working with my son,and a very instrumental part of his life.

    Yor Honor,I know I must pay for my crime,and belive me I've felt every minute of every day of the past 6 years and some,and I feel it deeply.I've lost a good woman,my little ill gotten gains, my children some of them are ward of the state now,and I've lost precious years away from my children and mother.I hear from my oldest daughter A⸺ (11) and my oldest son J⸺ (15) and I am enclosing a letter from each of them as well as pictures.

    As for the other two childen that I had before I came to prison,I love them to just as well.I am not just the guy who made their mother pregnate,but the guy they calland know as "Daddy" who changed their pampers,cooked for them when they came to stay bathed them,and took them to parks,and when they were little and were cranky and wouldn't go to sleep,I was the one to put them in the car and drive them around until I looked in the back seat and would see all their heads leaning....sleep,and then carry them in the house...I was "Daddy" for real.

3.

I owe a bunch of child support for all of them, but that has no bearing on time, and money personally invested in them and their care. I owe money because I wasn't always working, or selling drugs and their mothers had to receive a check from the state for assistance.

    Your Honor, I've seen alot and learned alot in these past (6) years, and I've had time to relfect on so many things in my life and about life, and I know that "It ain't worth It", no matter how much money a person is getting, or material, or the little high from the power. All the little material items, and tangible goods that I acquired through the trade, I could have still had by working a 9-5, 8-4, or 6-2, or 11-7....and still be a free man having fun with my kids, and a good girl, and living my life instead of just merely existing inside these walls. I have taken advantage of some positive programs here, as well as get a few college credits. What I really want to do I can't do here and I be wanting to kick my own ass every time I think of the time that I wasted knowing that by now I could have been a certified respitory therapist. That's what I wanted to do...For Real. However, still I have 99 ideas to make a living and I know that the drug business won't be one.... seriously. My lust is gone for that life. I like nice things no doubt, but not at the price of my freedom..or the pain in my childrens and mothers heart. I hurt every holiday when I think of my mom explaining my whereabouts, and I want to get back out there and do right so now that she can brag about my whereaboubts.

    I am through with all of that B.S. that has been causing me inconvenience all this time. My judgement was poor and immature, but I am more of a thinker now, and so as a man thinketh, so he is, and I think and believe that I will be a successful working class citizen upon my release from prison and I ask you if it is at all within your power to have me called back to receive a sentence at least within my guideline range to allow me to see freedom soon and get my children in order, and begin my life all over.

    Your Honor, I respect the fact that law enforcement have to use informants to assist them in getting arrest and convictions, and that I could have assisted, but that would have been at the destruction of another family and children to be left with no

4.

mommy and daddy, and although I was doing what I was doing I still then and now try to keep my karma in check.

Please if it is within your power I ask that you bless me with a chance at life again earlier than I am now to receive it. The U.S of America have made a believer out of me I am thoroughly convinced.

Your Honor, I am in prison. Things ain't sweet here all the time or hardly none of the time. I've been in a rack of trouble.....some actually all minor, none criminal, some adjusting, some are bogus...and some are true, but this is a hostile enviorment and sometimes there's a lack of love on boths ends...convicts, and guards..no love, but still I maintain.

I hope to hear from you at your convenience in response to this letter.

Thank you for hearing me.

TRULY & SINCERELY,

*Parris Wall*

Parris Wall

Inmate Name: PARRIS
Register Number: 04
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

JUL 27 2005 HARRISBURG PA

UNITED STATES DISTRICT COURT
J.Caleb Boggs Federal Building
ATTENTION:The Judges Chambers
The Honorable Joseph J.Farnan
844 North King Street.
Wilmington,DE .... 19801