PARRIS, [...]
Inmate Name:
Register Number: 04[...]
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

JUL 27 2005 HARRISBURG PA 171

UNITED STATES DISTRICT COURT
J. Caleb Boggs Federal Building
ATTENTION: The Judges Chambers
The Honorable Joseph J. Farnan
844 North King Street.
Wilmington, DE ..... 19801

U.S.M.S. X-RAY

U. S. PENITENTIARY
P. O. BOX 1000
LEWISBURG, PENNSYLVANIA 17837

JUL 29 2005

DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, PLEASE RETURN