05-592

CR99-33

This is a letter (not a motion).

RECEIVED AUG -1 2005

Sat. July 16, 2005
9:09 am

Your Honor,

I just wanted to take a moment to speak with you again. I hope that you can understand my writing, I hope its legible enough. My print is no better. At any rate I just wanted to share with you whats on my mind, not that anything different has happened since I typed the other letter to you.

Your Honor.... I told my daughter, back early year or late last year that I may be home in about 18 months. She knew I still had about 7 7 left, but.... I honestly, sincerely believed that this <u>Blakely</u>... <u>Booker</u> thing would provide me some relief.... the issues are there, and I went to trial, and filed a direct appeal into which Apprendi was raised, but denied because my sentence didn't exceed the statutory maximum, but now in light of Booker... you know the story... but still I have no vehicle to get into court. Not just that issue but the career offender issue as well.

Maybe if I had have raised it similar to the way I raised it in the enclosed 60(b) which was not heard I would have received

some relief by law. Not only that, but its clear, and applying the rule of lenity to the commentary of 4B1.2 and anyone can see in light of my circumstances with my prior offense... I should have never received the career offender enhancement. I am writing you a letter not trying to make this into a motion, but if you will... I ask please review what I've mailed you and apply the rule of lenity to that. I've since found cases in which the rule of lenity has been applied to the guidelines.... and the guidelines do/did have the force and effect of law, and were binding.

Your Honor, this is my 6th year in prison, and my 7th birthday in a few days. I am not asking to be cut free immediately, but I do seek some relief however you may be able to provide it to me.

If you can call me back sure sprite. I am not sure, but if you can whatever you can legally do will be a blessing and appreciated. I am getting older, and I am wiser, my children getting older, not babies or really children anymore... they were when I came in. I need them as much as they

need me, and I am asking you for a chance to reach them in these important years of their lives.

I am enclosing a cite, possibly a short case on career offender if I can get copies. Please check it out.

Take Care. Thanks for hearing me, and I hope to hear from you soon. Thanks.

Sincerely,

Parris Wall