

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

February 14, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware   19801

 Re: **United States v. Parris Wall**
   **Crim. Action No. 99-33-JJF**

Dear Judge Farnan:

 Defendant Parris Wall filed a Motion for Return of Property (D.I. 307) on January 23, 2006. Among other things, the Motion requests the return of $591 seized from him on May 17, 1999. The United States Attorney's Office has been diligently pursuing the issue of what happened to the $591, and has only today been able to discover the answer.

 The United States expects to file a Response to the Defendant's Motion within the next two weeks.

             Respectfully submitted,

             COLM F. CONNOLLY
             United States Attorney

            By: /s/ Richard G. Andrews
             Richard G. Andrews
             First Assistant United States Attorney

pc:   Parris Wall