IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff.         )
                               )
        v.                     )        Criminal Action No. 99-33-JJF
                               )
PARRIS WALL,                   )
                               )
            Defendant.         )

## RESPONSE TO MOTION FOR RETURN OF PROPERTY

Now comes the United States, and in response to the Defendant Parris Wall's Motion for Return of Property (D.I. 307), states as follows:

**Factual Background**

1.     The Defendant states that when he was arrested on a federal warrant on May 17, 1999, that he had in his possession $590 that was on his person, and a "portfolio of car titles, rent receipts and one gold ring" that was in his custody. He states that all these items were seized by law enforcement agents on that date.

2.     The United States admits that law enforcement officers arrested the Defendant on May 17, 1999, pursuant to a federal arrest warrant, and seized $591 from him. (They also seized about a gram of crack cocaine). As detailed below, the $591 was introduced as evidence at the Defendant's trial, and subsequently turned over to the Dover Police Department, which still has the money.

3.    The United States denies that the Officers seized car titles, rent receipts and a gold ring. The United States further denies ever having in its possession the car titles, rent receipts and gold ring.

4.    The United States does not have any of the property.

5.    The $591 was placed into evidence at the Dover Police Department on May 17, 1999. It stayed in the custody of the Dover Police Department until September 27, 1999, when it was turned over to Dover Police Officer Daniel McKeown for the trial. At trial, it was entered into evidence as GX-42. See D.I. 152, page 59 (attached as Exhibit A).[1] Thereafter, on October 8, 1999, Dover Police Officer Daniel McKeown signed with the Court for its return.[2] See Exhibit B. It was thereafter entered back into evidence at the Dover Police Department, on October 28, 1999, at 3:00 p.m., where it was placed in the "money safe." Thereafter, it remained in the safe, which is where it still is. See Exhibit C (Declaration of Dover Police Department Evidence Technician).

6.    The United States denies seizing the other items. First, there is no record of such items being entered as exhibits in the case file. See Exhibit D (Declaration of DEA Resident Agent-in-Charge). Second, there is no evidence that such items were entered into evidence at the Dover Police Department either. See Exhibit C.

**Should There Be a Hearing?**

7.    The question arises as to whether the District Court should have an evidentiary hearing on this Motion. There is no dispute as to the location of the $591, so there is no reason to hold a

---

[1] The movant avers under penalty of perjury that the [$591] was not produced by the Government at trial. Motion, ¶5. Assuming that this is just a mistake (since there seems to be little reason to lie about it), it certainly undercuts the credibility of the movant's assertions in his motion.

[2] McKeown signed as a "TFO." TFO stands for Task Force Officer. McKeown was assigned to the DEA Task Force at the time.

2

hearing on it. The United States notes that the movant, Parris Wall, filed his motion with a declaration that it was made under penalty of perjury. The United States is filing contemporaneously with this Response various declarations and documents to support the factual assertions contained in the Response. There is thus a dispute as to what the facts are in relation to the car titles, rent receipts, and gold ring. It would thus appear that the Court ought to hold a hearing in which the Court would take evidence on "'any disputed issue of fact necessary to the resolution of the motion,' which may include determining 'what happened' to the seized property." *United States v. Albinson*, 356 F.3d 278, 282 (3d Cir. 2004).

    8.    On the other hand, the movant, Parris Wall, who will undoubtedly respond to this Response, may want to consider whether he believes any useful purpose will be accomplished by having a hearing.[3] Assuming the movant were to prevail, what would be his remedy? It's doubtful that the car titles and rent receipts have anything more than a nominal value. There is insufficient information to offer an opinion on the value of the gold ring. In any event, a Motion for Return of Property does not give rise to a damages claim if the property was improperly disposed of. *See United States v. Bein*, 214 F.3d 408, 415 (3d Cir. 2000). While the futility of having a hearing is apparently an irrelevant consideration for the District Court, *see Albinson, supra*, there is no reason the movant could not waive a hearing and allow the Court to decide the Motion on the papers submitted. If the Court does decide this part of the Motion on the papers submitted, the Court should conclude that the property was not seized, and deny the Motion. *See United States v. Sims*, 376 F.3d 705, 709 (7th Cir. 2004) (motion fails in absence of showing that the property was actually seized).

---

    [3] If the Court does schedule a hearing, the United States would ask that it be scheduled with at least six weeks notice, since it may take four weeks simply to transport the movant from USP Lewisburg to a local facility where he would be held while the hearing was taking place.

**What Should Happen to the $591?**

9.      There is some question as to whether this is the right court for the movant to be pursuing

his motion. The $591 is in the possession of the Dover Police Department, which is where it has

been at almost all relevant times since the Defendant's arrest. The $591 was seized by Dover Police

Officers, not federal agents. Thus, one possibility might be to deny the motion because the money

was not seized by the United States. The Defendant could always pursue a lawsuit in state court, if

he thought that was appropriate.[4]

10.      If this Court finds that motion for return of the $591 is properly before this Court, then

the United States would acknowledge that the Defendant has a lawful claim to the $591. The United

States does not, however, believe that the Court should order the money to be returned to the

Defendant. Motions under Rule 41(e) are equitable actions. *See United States v. Bein, supra,* 214

F.3d at 415 ("courts treat a motion pursuant to Rule 41(e) as a civil equitable action"); *United States*

*v. Wright,* 361 F.3d 288, 290 (5th Cir. 2004) (noting that district court should determine whether

doctrine of laches applied). The Defendant owes approximately $20,685 in child support arrears.

See Exhibits E (letter of Delaware Deputy Attorney General Steven E. Moore) and F (certified

statements of Defendant's arrears in two child support cases). The State of Delaware thus has a

claim of ownership to this property that is adverse to that of the Defendant.[5] *See United States v.*

*Mills,* 991 F.2d 609, 612-13 (9th Cir. 1993); *United States v. Omowunmi,* 2002 WL 1348232 (D.Del.

---

[4] As noted below, if this Court declined to act, the State of Delaware would likely seize the $591 and apply it to the Defendant's back child support obligations.

[5] Deputy Attorney General Moore advised the undersigned that it would take about three weeks to get a state court order directing the Dover Police Department to turn the money over to the Division of Child Support Enforcement. The undersigned advised the DAG that so long as the Motion for Return of Property was pending, the State should not take any action without the consent of this Court. Should this Court consent, the United States expects that the State would do as it represented it could do.

2002). The property is needed to partially satisfy the Defendant's obligations. Under the circumstances, the Court can, and should, order that the property be paid to the State of Delaware Division of Child Support Enforcement, P.O. Box 904, New Castle, DE 19702, where it would be credited to the Defendant's account. *See Omowunmi*, at *2 (citing *United States v. Duncan*, 918 F.2d 647, 654 (6th Cir. 1990)).

WHEREFORE, unless the movant waives an evidentiary hearing, the United States requests that the Court schedule an evidentiary hearing, allowing at least six weeks of notice, since it will probably take four weeks to transport the Defendant to the hearing, or, if the movant waives an evidentiary hearing, then the United States requests that the Court deny the Motion for Return of Property, as neither the arresting officers nor the United States ever had the rent receipts, the car titles, or the gold ring, and direct that the Dover Police Department turn the $591 over to the Division of Child Support Enforcement, or in the alternative, deny the motion as to the $591, as the money is in the possession of the Dover Police Department rather than the United States.

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_

Richard G. Andrews
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046

Dated:  February 28, 2006

# EXHIBIT   A

DiGirolomo - redirect          59

1    BY MR. ANDREWS:

2    Q.     Do you recognize what Government's Exhibit 42 is

3    (handing exhibit to the witness)?

4    A.     Yes.

5    Q.     And what is it?

6    A.     It's $591 in U.S.C.

7    Q.     And who was it seized from?

8    A.     Parris Wall.

9    Q.     That was on May 17th of 1999?

10   A.     Yes.

11   Q.     And the cash that was in Leroy Coley's pocket --

12   pockets, did Officer Case give that to you?

13   A.     Yes.

14   Q.     And did you count it?

15   A.     Yes.

16   Q.     And how much was it?

17   A.     $2,568.

18             MR. ANDREWS:  And, your Honor, I'd move the

19   admission of Government's Exhibit 42.

20             THE COURT:  Any objections?

21             MR. MALIK:  No objection, your Honor.

22             MR. HALEY:  No, your Honor.

23             MR. RAMUNNO:  No, your Honor.

24             THE COURT:  It's admitted.

25   ***        (Government's Exhibit No. 42 was received in

# EXHIBIT  B

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 8, 1999

To: Dan McKeown
Dover Police Dept.

Re: United States v. Scott et al., C.R. No. 99-33-RRM

The following exhibits from the trial of 9/27/99 to 10/8/99 are hereby released to you:

G2, G3, G4, G5-A, G5-B, G6, G7, G33, G36, G37, G41 and G42.

**Peter T. Dalleo**
Clerk of the Court

I    hereby    acknowledge    receipt    of    the    above    mentioned    exhibits    on
___10/8/99_____.

Signature

/ntl
cc: Clerk of the Court
    Honorable Roderick R. McKelvie

# EXHIBIT   C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-33-JJF |
| | ) | |
| PARRIS WALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **DECLARATION**

1.    I, Robert Neylan, am the Evidence Technician for the Dover, Delaware, Police Department. I have worked in this capacity since September 2001. I am familiar with the procedures the Dover Police Department has, and has had, for storing and tracking evidence. The United States Attorney's Office advised me that Parris Wall had requested the return of property seized from him by Dover police officers, who were serving in the capacity of DEA task force officers, pursuant to Wall's arrest on a federal warrant on May 17, 1999.

2.    I have reviewed the evidence logs and evidence tags kept by the Dover P.D. The evidence logs and evidence tags are used to keep track of evidence seized by the police, from initial seizure through final disposition. I have custody of these logs and tags.

3.    I have reviewed pertinent portions of the logs for the relevant time periods. There is an entry for May 17, 1999, showing that Officer DiGirolomo entered into evidence, 1 gram of cocaine and "$591.00 USC." There is another entry for May 20, 1999, which shows that the $591 was placed into Evidence Locker #6 by Officer McKeown. The $591 is said to be there in connection with a case identified as "DEA CP-99-0018." According to the evidence tag that accompanied the $591, it was taken by Officer McKeown on September 27, 1999 for "Fed

Court," and returned on October 28, 1999, by Officer McKeown. It was then placed in the "money safe." On February 14, 2006, I verified that the $591 is still in the possession of the Dover Police Department.

4.     Other than the time period from September 27, 1999 to October 28, 1999, when the money was signed out to Officer McKeown, the $591 has always been in the custody of the Dover Police Department.

5.     There are no entries near the time period of May 17, 1999, that appear to show the seizure of car titles, rent receipts, or a gold ring, in connection with Parris Wall or DEA Case No. CP-99-0018.   If such property had been seized as evidence, or for forfeiture, and was stored at Dover Police Department, there should be a record of it in the logs over which I have custody. There is no record, and I therefore conclude that Dover Police Officers did not seize such evidence on May 17, 1999.

I declare under penalty of perjury that the foregoing is true and correct.     Executed on February _15_, 2006.


Robert F. Neylan
Evidence Technician
Dover Police Department

# EXHIBIT   D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                                   )
            Plaintiff.         )
                                   )
            v.             )     Criminal Action No. 99-33-JJF
                                   )
PARRIS WALL,                   )
                                 )
            Defendant.    )

## DECLARATION

1.    I, Christopher S. Quaglino, am the Resident Agent in Charge of the Dover, Delaware Resident Office of the DEA.  The United States Attorney's Office provided me with a copy of a document filed by Parris Wall requesting the return of property seized from him pursuant to his arrest on a federal warrant on May 17, 1999.  The United States Attorney's Office also provided a copy of a court document showing that Daniel J. McKeown signed on October 8, 1999, for various exhibits after the trial of the case in which Parris Wall was a defendant.

2.    I have reviewed the DEA file in case no. CP-99-0018, which is the case file relating to Parris Wall's arrest on May 17, 1999.  I have also spoken with the evidence technician at the Dover, Delaware Police Department, but this Declaration is based solely on what I have reviewed in the case file.

3.    When non-drug evidence is seized, either for forfeiture or for evidentiary purposes, DEA gives it an exhibit number, in the form of "N–__."  The first exhibit is N-1, the second is N-2, etc.  I have reviewed the exhibit numbers that are maintained in the DEA file for case no. CP-99-0018.  There is no exhibit number that reflects the seizure of any "rental receipts," "car titles," or a "gold ring" from Parris Wall.  Thus, as best as I can determine, DEA has never had

possession of any "rental receipts," "car titles," or a "gold ring" that were seized from Parris Wall, and there is no indication that any such evidence was seized from Parris Wall as a part of the DEA investigation related to case file CP-99-0018.

4.      I have reviewed the DEA file relating to the seizure of $591. I attach a copy of a DEA report, authored by Daniel J. McKeown of the Dover Police Department, which documents the seizure of $591 from Parris Wall on May 17, 1999. The report does not mention any seizure of rental receipts, car titles, or a gold ring. The report makes it apparent that Parris Wall was processed by the Dover Police Department after his arrest, and, had there been a seizure of rental receipts, car titles, and a gold ring, those items would have been taken by the Dover Police Department, not the DEA. Based on the attached DEA report, and the exhibits documented in the file, it is my opinion that DEA has never had, and does not now have, custody of rental receipts, car titles, and a gold ring belonging to Parris Wall.

I declare under penalty of perjury that the foregoing is true and correct.      Executed on February 15, 2006.

*Christopher S. Quaglino*
Christopher Quaglino
Resident-Agent-in-Charge
Dover, Del., Resident Office

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. CP-99-0018 | 4. G-DEP Identifier WGC3D |
|---|---|---|---|---|
| 5. By: TFO Daniel McKeown At: Dover POD Dover, Delaware | ☐ ☐ ☐ ☐ | | 6. File Title SCOTT, Joseph | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | ☐ | | 8. Date Prepared June 14, 1999 | |

9. Other Officers: Det. DiGirolomo, Cpl. Hosfelt (Dover PD), Det. Daddio (Delaware State Police), TFO Moore, S/A Whitfield

10. Report Re:   On May 17, 1999 Parris WALL was arrested and Exhibit #12 was seized.

### DETAILS

1.   Reference is made to all other reports of investigation under this file title and file number.

2.   On May 17, 1999 TFO McKeown was contacted by Det. Daddio of the Delaware State Police. Daddio was aware of the federal arrest warrant for Parris WALL and stated that he had a confidential informant who could order drugs from WALL, at which time TFO McKeown could arrest him.

3.   TFO McKeown, TFO Moore, S/A Whitfield, Det. DiGirolomo and Cpl. Hosfelt responded to the area of the Wawa convenience store at US 13 and County Route 42, Cheswold, Delaware where Det. Daddio's informant paged WALL. A short time later WALL returned the page and requested that the informant meet him at the "crab place" across from Willis Cheverolet, approximately one mile north of the Wawa. The "crab place" was later identified as Eastern Shore Seafood.

4.   TFO McKeown and TFO Moore responded to the area as did the other officers. Det. Daddio then entered the parking lot with his informant hiding in the back seat. Daddio confirmed that WALL was present in a vehicle in the front passenger seat. Det. DiGirolomo and Cpl. Hosfelt then responded in and took WALL into custody, seated in the front passenger seat of the vehicle. Cynthia PERRY was the driver and Antonio PERRY was the in the right rear passenger seat. A small quantity of suspected crack cocaine, Exhibit 12, was located on the right rear floorboard. WALL observed TFO McKeown and Det. DiGirolomo locate the suspected crack cocaine and immediately stated "that was mine, I threw it there". A search of WALL by Det. DiGirolomo revealed that he also possessed $591.00 United States Currency in his pockets.

5.   Det. DiGirolomo maintained custody of the suspected crack cocaine and USC and transported same to the Dover Police Department. Det. DiGirolomo then field tested the suspected crack cocaine and same tested positive, presumptively identifying it as cocaine base. Det. DiGirolomo the weighed Exhibit 12 and found that it weighed approximately 1 gram, net weight. Det. DiGirolomo then placed Exhibit 12 and the USC into Dover Police Evidence for safekeeping.

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division Philadelphia FD DIG (File Room) | TFO Daniel McKeown | 6/16/99 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other SARI, DOE | RAC Paul Moloney | 4/23/99 |

DEA FORM - 6
(Aug. 1994)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 5/80 may be used.

**1 -Prosecutor**

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | **1. File No.** CF-99-0018 | **2. G-DEP Identifier** WGC3D |
| | **3. File Title** SCOTT, Joseph | |
| **4.**      Page  2   of   2 | | |
| **5. Program Code** | **6. Date Prepared** June 14, 1999 | |

6.    WALL was transported to Gander Hill Prison by Det. DiGirolomo and TFO Watts to await his initial appearance in Federal Magistrate Court.

7.    On May 20, 1999 TFO McKeown retrieved Exhibit 12 from Dover Police Evidence as witnessed by TFO Kent. TFO McKeown then initialed, weighed and sealed Exhibit 12 and it was sent to NERL for analysis.

### CUSTODY OF DRUG EVIDENCE

1.    Exhibit 12- Exhibit 12 is an off white in color chunky substance, broken into small pieces and packaged within a clear plastic baggie, weighing 23.9 gross grams. On May 17, 1999 Exhibit 12 was seized from Parris WALL at the Crab Shack on US 13 in the Smyrna, Delaware area. Exhibit 12 was seized by Det. DiGirolomo and was transported to the Dover police Department whre Det. DiGirolomo placed it into Dover police Evidence for safekeeping. On May 20, 1999 TFO McKeown, as witnessed by TFO Kent, retrieved Exhibit 12 from Dover Police Evidence. TFO McKeown initialled, weighed and sealed Exhibit 12 and sent same to NERL via Federal Express for analysis.

### INDEXING

1.    WALL, Parris- NADDIS Pending

2.    PERRY, Cynthia- NADDIS Negative

3.    PERRY, Antonio- black male, date of birth ███████ ████, ███ lbs, ███████, ████, Delaware.

---

DEA FORM - 6a
(Aug. 1994)

**DEA SENSITIVE**
Drug Enforcement Administration
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 5/80 may be used.

**1 -Prosecutor**

# EXHIBIT  E

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE



**CARL C. DANBERG**
**Attorney General**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-6630 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

February 14, 2006

Mr. Richard G. Andrews, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE   19899-2046

      RE: Parris L. Wall
        SSN: ███████; DOB: ████1971

Dear Mr. Andrews:

    Please find attached to this letter certified copies of Mr. Wall's child support orders requiring him to make monthly payments of support, together with certified copies of the Account Statements maintained by the Division of Child Support Enforcement. As you can see, Mr. Wall has been ordered by Family Court to make payments of $360.00. Arrears are now in excess of $20,685.00. Payments should be directed to the Division of Child Support Enforcement, P.O. Box 904, New Castle, DE   19702 with Mr. Wall's name and social security number listed on the payment. If you have any further questions, please do not hesitate to contact my office.

Sincerely,

Steven E. Moore
Deputy Attorney General

enc

# EXHIBIT  F



**DELAWARE HEALTH
AND SOCIAL SERVICES**

CHILD SUPPORT ENFORCEMENT

I, Kelly Langley, Fiscal Administrative Officer, custodian, or other authorized person of the Division of Child Support Enforcement Accounting Unit, do hereby certify that the attached are true and accurate copies of the support payments on file in the case of:

_Meosha Briscoe_    vs. _Parris Wall_.

and that the same remains on record in said agency of the State of Delaware at the Churchman's Corporate Center, New Castle, Delaware 19720.

In witness whereof, I have set my hand this ___16___ day of

___Feb___, ___2006___ A.D.

_Kelly L. Langley____, Certifier

_____, Notary Public/Witness



```
DACSES   01 A          ACCOUNT STATEMENT          02/16/2006  1011
AP      WALL, PARRIS L      MCI: 0000090404   TYPE: WAGE  AUDIT: 02/15/2006
CLI     BRISCOE, MEOSHA     MCI: 0000245999   FAMILY CRT FILE#: CK94-3094
ORDER START: 04/30/1994   END: 10/25/2011   OTHER STATE #:
   SUPP           TYPE: CASE         CURSUP      AFDCA      CUSTA1      CUSTS1
   MODE       STATUS:                OPEN        OPEN       OPEN        OPEN
   ALL       ACCOUNT #: 280723       280724      000040     280724      280724
        DUE PER MO  :                  50.00       50.00        .00         .00
        CURR MO OBLIG:                 50.00       50.00        .00         .00
DUE BY 03/01/2006 :                    50.00       50.00        .00         .00
```

| | | | | CURSUP | AFDCA | CUSTA1 | CUSTS1 |
|---|---|---|---|---|---|---|---|
| 001 | 02/16/2006 | BAL | .00+ | 50.00+ | 6,250.85+ | 50.00+ | .00+ |
| 002 | 02/15/2006 | MARR | .00+ | | 6.56- | | |
| 003 | 01/01/2006 | SOM | .00+ | 50.00+ | 6,207.41+ | .00+ | .00+ |
| 004 | 12/31/2005 | NPA | .00+ | | | | |
| 005 | 12/05/2005 | AFDC | .00+ | | 250.00+ | 250.00- | |
| 006 | 12/01/2005 | SOM | .00+ | 50.00+ | 5,957.41+ | 200.00+ | .00+ |
| 007 | 11/01/2005 | SOM | .00+ | 50.00+ | 5,957.41+ | 150.00+ | .00+ |
| 008 | 10/01/2005 | SOM | .00+ | 50.00+ | 5,957.41+ | 100.00+ | .00+ |
| 009 | 09/01/2005 | SOM | .00+ | 50.00+ | 5,957.41+ | 50.00+ | .00+ |
| 010 | 08/01/2005 | SOM | .00+ | 50.00+ | 5,957.41+ | .00+ | .00+ |
| 011 | 07/01/2005 | NPA | .00+ | | | | |
| 012 | 07/01/2005 | SOM | .00+ | 50.00+ | 5,907.41+ | .00+ | .00+ |
| 013 | 06/01/2005 | AFDC | .00+ | | 100.00+ | 100.00- | |
| 014 | 06/01/2005 | SOM | .00+ | 50.00+ | 5,807.41+ | 50.00+ | .00+ |
| 015 | 05/01/2005 | SOM | .00+ | 50.00+ | 5,807.41+ | .00+ | .00+ |
| 016 | 04/01/2005 | MAO | .00+ | | | | |
| 017 | 04/01/2005 | SOM | .00+ | 50.00+ | 5,757.41+ | .00+ | .00+ |
| 018 | 03/01/2005 | SOM | .00+ | 50.00+ | 5,707.41+ | .00+ | .00+ |
| 019 | 02/01/2005 | SOM | .00+ | 50.00+ | 5,657.41+ | .00+ | .00+ |
| 020 | 01/20/2005 | AFDC | .00+ | | 450.00+ | 450.00- | |
| 021 | 01/01/2005 | SOM | .00+ | 50.00+ | 5,207.41+ | 400.00+ | .00+ |
| 022 | 12/31/2004 | MAO | .00+ | | | | |
| 023 | 12/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 350.00+ | .00+ |
| 024 | 11/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 300.00+ | .00+ |
| 025 | 10/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 250.00+ | .00+ |
| 026 | 09/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 200.00+ | .00+ |
| 027 | 08/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 150.00+ | .00+ |
| 028 | 07/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 100.00+ | .00+ |
| 029 | 06/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | 50.00+ | .00+ |
| 030 | 05/29/2004 | NPA | .00+ | | | | |
| 031 | 05/01/2004 | SOM | .00+ | 50.00+ | 5,207.41+ | .00+ | .00+ |
| 032 | 04/01/2004 | MAO | .00+ | | | | |
| 033 | 04/01/2004 | SOM | .00+ | 50.00+ | 5,157.41+ | .00+ | .00+ |
| 034 | 03/01/2004 | SOM | .00+ | 50.00+ | 5,107.41+ | .00+ | .00+ |
| 035 | 02/01/2004 | SOM | .00+ | 50.00+ | 5,057.41+ | .00+ | .00+ |
| 036 | 01/01/2004 | SOM | .00+ | 50.00+ | 5,007.41+ | .00+ | .00+ |
| 037 | 12/12/2003 | AFDC | .00+ | | | | |
| 038 | 12/01/2003 | SOM | .00+ | 50.00+ | 4,957.41+ | .00+ | .00+ |
| 039 | 11/28/2003 | MAO | .00+ | | | | |
| 040 | 11/01/2003 | SOM | .00+ | 50.00+ | 4,907.41+ | .00+ | .00+ |
| 041 | 10/01/2003 | SOM | .00+ | 50.00+ | 4,857.41+ | .00+ | .00+ |
| 042 | 09/01/2003 | SOM | .00+ | 50.00+ | 4,807.41+ | .00+ | .00+ |
| 043 | 08/01/2003 | SOM | .00+ | 50.00+ | 4,757.41+ | .00+ | .00+ |
| 044 | 07/01/2003 | SOM | .00+ | 50.00+ | 4,707.41+ | .00+ | .00+ |
| 045 | 06/01/2003 | SOM | .00+ | 50.00+ | 4,657.41+ | .00+ | .00+ |

NAD2

```
DACSES   02 A          ACCOUNT STATEMENT        02/16/2006  1011
AP    WALL, PARRIS L        MCI: 0000090404   TYPE: WAGE  AUDIT: 02/15/2006
CLI   BRISCOE, MEOSHA       MCI: 0000245999   FAMILY CRT FILE#: CK94-3094
ORDER START: 04/30/1994   END: 10/25/2011   OTHER STATE #:
  SUPP           TYPE: CASE        CURSUP       AFDCA        CUSTA1      CUSTS1
  MODE         STATUS:             OPEN         OPEN         OPEN        OPEN
  ALL        ACCOUNT #: 280723     280724       000040       280724      280724
      DUE PER MO   :                  50.00        50.00          .00         .00
      CURR MO OBLIG:                  50.00        50.00          .00         .00
  DUE BY 03/01/2006 :                 50.00        50.00          .00         .00

046 05/01/2003  SOM      .00+     50.00+   4,607.41+        .00+        .00+
047 04/01/2003  SOM      .00+     50.00+   4,557.41+        .00+        .00+
048 03/01/2003  SOM      .00+     50.00+   4,507.41+        .00+        .00+
049 02/01/2003  SOM      .00+     50.00+   4,457.41+        .00+        .00+
050 01/29/2003  AFDC     .00+
051 01/01/2003  MAO      .00+
052 01/01/2003  SOM      .00+     50.00+   4,407.41+        .00+        .00+
053 12/01/2002  SOM      .00+     50.00+   4,357.41+        .00+        .00+
054 11/01/2002  SOM      .00+     50.00+   4,307.41+        .00+        .00+
055 10/16/2002  AFDC     .00+              350.00+     350.00-
056 10/01/2002  SOM      .00+     50.00+   3,957.41+     300.00+        .00+
057 09/01/2002  SOM      .00+     50.00+   3,957.41+     250.00+        .00+
058 08/01/2002  SOM      .00+     50.00+   3,957.41+     200.00+        .00+
059 07/01/2002  SOM      .00+     50.00+   3,957.41+     150.00+        .00+
060 06/01/2002  SOM      .00+     50.00+   3,957.41+     100.00+        .00+
061 05/01/2002  SOM      .00+     50.00+   3,957.41+      50.00+        .00+
062 04/01/2002  SOM      .00+     50.00+   3,957.41+        .00+        .00+
063 03/01/2002  NPA      .00+
064 03/01/2002  SOM      .00+     50.00+   3,907.41+        .00+        .00+
065 02/01/2002  SOM      .00+     50.00+   3,857.41+        .00+        .00+
066 01/01/2002  SOM      .00+     50.00+   3,807.41+        .00+        .00+
067 12/22/2001  AFDC     .00+              250.00+     250.00-
068 12/01/2001  SOM      .00+     50.00+   3,557.41+     200.00+        .00+
069 11/01/2001  SOM      .00+     50.00+   3,557.41+     150.00+        .00+
070 10/01/2001  SOM      .00+     50.00+   3,557.41+     100.00+        .00+
071 09/01/2001  SOM      .00+     50.00+   3,557.41+      50.00+        .00+
072 08/01/2001  SOM      .00+     50.00+   3,557.41+        .00+        .00+
073 07/01/2001  SOM      .00+     50.00+   3,507.41+        .00+        .00+
074 06/30/2001  NPA      .00+
075 06/01/2001  SOM      .00+     50.00+   3,457.41+        .00+        .00+
076 05/12/2001  ADJ      .00+
077 05/01/2001  SOM      .00+     50.00+   3,407.41+        .00+        .00+
078 04/01/2001  SOM      .00+     50.00+   2,957.41+     400.00+        .00+
079 03/31/2001  AFDC     .00+              400.00+     400.00-
080 03/01/2001  SOM      .00+     50.00+   2,957.41+     350.00+        .00+
081 02/01/2001  SOM      .00+     50.00+   2,957.41+     300.00+        .00+
082 01/01/2001  SOM      .00+     50.00+   2,957.41+     250.00+        .00+
083 12/01/2000  SOM      .00+     50.00+   2,957.41+     200.00+        .00+
084 11/01/2000  SOM      .00+     50.00+   2,957.41+     150.00+        .00+
085 10/01/2000  SOM      .00+     50.00+   2,957.41+     100.00+        .00+
086 09/01/2000  SOM      .00+     50.00+   2,957.41+      50.00+        .00+
087 08/01/2000  NPA      .00+
088 08/01/2000  SOM      .00+     50.00+   2,957.41+        .00+        .00+
089 07/01/2000  SOM      .00+     50.00+   2,907.41+        .00+        .00+
090 06/01/2000  SOM      .00+     50.00+   2,857.41+        .00+        .00+
                                                                      NAD2
```

```
DACSES   03 A              ACCOUNT STATEMENT        02/16/2006  1011
AP      WALL, PARRIS L        MCI: 0000090404   TYPE: WAGE  AUDIT: 02/15/2006
CLI     BRISCOE, MEOSHA       MCI: 0000245999   FAMILY CRT FILE#: CK94-3094
ORDER START: 04/30/1994   END: 10/25/2011   OTHER STATE #:
  SUPP            TYPE: CASE        CURSUP      AFDCA      CUSTA1      CUSTS1
  MODE         STATUS:             OPEN        OPEN       OPEN        OPEN
  ALL        ACCOUNT #: 280723     280724      000040     280724      280724
      DUE PER MO  :                  50.00      50.00        .00          .00
      CURR MO OBLIG:                 50.00      50.00        .00          .00
   DUE BY 03/01/2006 :               50.00      50.00        .00          .00
```

| | | | | CURSUP | AFDCA | CUSTA1 | CUSTS1 |
|---|---|---|---|---|---|---|---|
| 091 | 05/01/2000 | SOM | .00+ | 50.00+ | 2,807.41+ | .00+ | .00+ |
| 092 | 04/01/2000 | SOM | .00+ | 50.00+ | 2,757.41+ | .00+ | .00+ |
| 093 | 03/01/2000 | SOM | .00+ | 50.00+ | 2,707.41+ | .00+ | .00+ |
| 094 | 02/01/2000 | SOM | .00+ | 50.00+ | 2,407.41+ | 250.00+ | .00+ |
| 095 | 01/01/2000 | SOM | .00+ | 50.00+ | 2,407.41+ | 200.00+ | .00+ |
| 096 | 12/01/1999 | SOM | .00+ | 50.00+ | 2,407.41+ | 150.00+ | .00+ |
| 097 | 11/01/1999 | SOM | .00+ | 50.00+ | 2,407.41+ | 100.00+ | .00+ |
| 098 | 10/30/1999 | MAO | .00+ | | | | |
| 099 | 10/01/1999 | SOM | .00+ | 50.00+ | 2,407.41+ | 50.00+ | .00+ |
| 100 | 09/01/1999 | NPA | .00+ | | | | |
| 101 | 09/01/1999 | SOM | .00+ | 50.00+ | 2,407.41+ | .00+ | .00+ |
| 102 | 08/01/1999 | SOM | .00+ | 50.00+ | 2,357.41+ | .00+ | .00+ |
| 103 | 07/01/1999 | SOM | .00+ | 50.00+ | 2,307.41+ | .00+ | .00+ |
| 104 | 06/01/1999 | SOM | .00+ | 50.00+ | 2,257.41+ | .00+ | .00+ |
| 105 | 05/01/1999 | SOM | .00+ | 50.00+ | 2,207.41+ | .00+ | .00+ |
| 106 | 04/09/1999 | ADJ | 1,884.00- | | 1,884.00+ | | |
| 107 | 04/01/1999 | SOM | .00+ | 50.00+ | 273.41+ | .00+ | .00+ |
| 108 | 03/01/1999 | SOM | .00+ | 50.00+ | 223.41+ | .00+ | .00+ |
| 109 | 02/01/1999 | SOM | .00+ | .00+ | 223.41+ | .00+ | .00+ |
| 110 | 01/22/1999 | CASH | 100.00+ | 50.00- | 50.00- | | |
| 111 | 01/01/1999 | SOM | .00+ | 50.00+ | 223.41+ | .00+ | .00+ |
| 112 | 12/01/1998 | SOM | .00+ | .00+ | 223.41+ | .00+ | .00+ |
| 113 | 11/17/1998 | CASH | 433.28+ | | 433.28- | | |
| 114 | 11/16/1998 | CASH | 1,951.12+ | 50.00- | 1,901.12- | | |
| 115 | 11/01/1998 | SOM | .00+ | 50.00+ | 2,507.81+ | .00+ | .00+ |
| 116 | 10/01/1998 | SOM | .00+ | 50.00+ | 2,457.81+ | .00+ | .00+ |
| 117 | 09/01/1998 | SOM | .00+ | 50.00+ | 2,407.81+ | .00+ | .00+ |
| 118 | 08/01/1998 | SOM | .00+ | 50.00+ | 2,407.81+ | .00+ | .00+ |
| 119 | 07/01/1998 | SOM | .00+ | .00+ | 2,357.81+ | .00+ | .00+ |
| 120 | 06/22/1998 | CASH | 348.75+ | 50.00- | 298.75- | | |
| 121 | 06/11/1998 | AFDC | .00+ | | 150.00+ | 150.00- | |
| 122 | 06/01/1998 | SOM | .00+ | 50.00+ | 2,506.56+ | 100.00+ | .00+ |
| 123 | 05/01/1998 | SOM | .00+ | 50.00+ | 2,506.56+ | 50.00+ | .00+ |
| 124 | 04/01/1998 | SOM | .00+ | 50.00+ | 2,506.56+ | .00+ | .00+ |
| 125 | 03/31/1998 | NPA | .00+ | | | | |
| 126 | 03/01/1998 | SOM | .00+ | 50.00+ | 2,456.56+ | .00+ | .00+ |
| 127 | 02/01/1998 | SOM | .00+ | 50.00+ | 2,406.56+ | .00+ | .00+ |
| 128 | 01/01/1998 | SOM | .00+ | 50.00+ | 2,356.56+ | .00+ | .00+ |
| 129 | 12/01/1997 | SOM | .00+ | 50.00+ | 2,306.56+ | .00+ | .00+ |
| 130 | 11/01/1997 | SOM | .00+ | 50.00+ | 2,256.56+ | .00+ | .00+ |
| 131 | 10/01/1997 | SOM | .00+ | 50.00+ | 2,206.56+ | .00+ | .00+ |
| 132 | 09/01/1997 | SOM | .00+ | 50.00+ | 2,156.56+ | .00+ | .00+ |
| 133 | 08/01/1997 | SOM | .00+ | 50.00+ | 2,106.56+ | .00+ | .00+ |
| 134 | 07/01/1997 | SOM | .00+ | 50.00+ | 2,056.56+ | .00+ | .00+ |
| 135 | 06/30/1997 | AFDC | .00+ | | 250.00+ | 250.00- | |

NAD2

```
DACSES   04 A           ACCOUNT STATEMENT        02/16/2006  1011
AP    WALL, PARRIS L      MCI: 0000090404   TYPE: WAGE  AUDIT: 02/15/2006
CLI   BRISCOE, MEOSHA     MCI: 0000245999   FAMILY CRT FILE#: CK94-3094
ORDER START: 04/30/1994  END: 10/25/2011   OTHER STATE #:
 SUPP          TYPE: CASE       CURSUP     AFDCA      CUSTA1     CUSTS1
 MODE         STATUS:           OPEN       OPEN       OPEN       OPEN
 ALL      ACCOUNT #: 280723     280724     000040     280724     280724
     DUE PER MO  :              50.00      50.00        .00        .00
     CURR MO OBLIG:             50.00      50.00        .00        .00
 DUE BY 03/01/2006 :           50.00      50.00        .00        .00
```

| | | | CURSUP | AFDCA | CUSTA1 | CUSTS1 |
|---|---|---|---|---|---|---|
| 136 | 06/01/1997 | SOM | .00+ | 50.00+ | 1,806.56+ | 200.00+ | .00+ |
| 137 | 05/01/1997 | SOM | .00+ | 50.00+ | 1,806.56+ | 150.00+ | .00+ |
| 138 | 04/01/1997 | SOM | .00+ | 50.00+ | 1,806.56+ | 100.00+ | .00+ |
| 139 | 03/01/1997 | SOM | .00+ | 50.00+ | 1,806.56+ | 50.00+ | .00+ |
| 140 | 02/01/1997 | SOM | .00+ | 50.00+ | 1,806.56+ | .00+ | .00+ |
| 141 | 01/31/1997 | NPA | .00+ | | | | |
| 142 | 01/01/1997 | SOM | .00+ | 50.00+ | 1,756.56+ | .00+ | .00+ |
| 143 | 12/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 650.00+ | .00+ |
| 144 | 11/27/1996 | AFDC | .00+ | | 650.00+ | 650.00− | |
| 145 | 11/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 600.00+ | .00+ |
| 146 | 10/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 550.00+ | .00+ |
| 147 | 09/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 500.00+ | .00+ |
| 148 | 08/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 450.00+ | .00+ |
| 149 | 07/31/1996 | MAO | .00+ | | | | |
| 150 | 07/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 400.00+ | .00+ |
| 151 | 06/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 350.00+ | .00+ |
| 152 | 05/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 300.00+ | .00+ |
| 153 | 04/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 250.00+ | .00+ |
| 154 | 03/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 200.00+ | .00+ |
| 155 | 02/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 150.00+ | .00+ |
| 156 | 01/01/1996 | SOM | .00+ | 50.00+ | 1,056.56+ | 100.00+ | .00+ |
| 157 | 12/01/1995 | SOM | .00+ | 50.00+ | 1,056.56+ | 50.00+ | .00+ |
| 158 | 11/01/1995 | NPA | .00+ | | | | |
| 159 | 11/01/1995 | SOM | .00+ | 50.00+ | 1,056.56+ | .00+ | .00+ |
| 160 | 10/01/1995 | SOM | .00+ | 50.00+ | 1,006.56+ | .00+ | .00+ |
| 161 | 09/01/1995 | SOM | .00+ | 50.00+ | 956.56+ | .00+ | .00+ |
| 162 | 08/01/1995 | AFDC | .00+ | | 206.56+ | 206.56− | |
| 163 | 08/01/1995 | SOM | .00+ | 50.00+ | 700.00+ | 206.56+ | .00+ |
| 164 | 07/01/1995 | SOM | .00+ | 106.56+ | 700.00+ | 100.00+ | .00+ |
| 165 | 06/01/1995 | SOM | .00+ | 106.56+ | 700.00+ | 100.00+ | .00+ |
| 166 | 05/01/1995 | SOM | .00+ | 50.00+ | 700.00+ | 100.00+ | .00+ |
| 167 | 04/01/1995 | SOM | .00+ | 50.00+ | 700.00+ | 50.00+ | .00+ |
| 168 | 03/01/1995 | NPA | .00+ | | | | |
| 169 | 03/01/1995 | SOM | .00+ | 50.00+ | 700.00+ | .00+ | .00+ |
| 170 | 02/01/1995 | SOM | .00+ | 50.00+ | 650.00+ | .00+ | .00+ |
| 171 | 01/01/1995 | SOM | .00+ | 50.00+ | 600.00+ | .00+ | .00+ |
| 172 | 12/01/1994 | SOM | .00+ | 50.00+ | 550.00+ | .00+ | .00+ |
| 173 | 11/01/1994 | SOM | .00+ | 50.00+ | 500.00+ | .00+ | .00+ |
| 174 | 10/01/1994 | SOM | .00+ | 50.00+ | 450.00+ | .00+ | .00+ |
| 175 | 09/01/1994 | SOM | .00+ | 50.00+ | 400.00+ | .00+ | .00+ |
| 176 | 08/01/1994 | SOM | .00+ | 50.00+ | 300.00+ | .00+ | .00+ |
| 177 | 07/01/1994 | SOM | .00+ | 50.00+ | 300.00+ | .00+ | .00+ |
| 178 | 06/01/1994 | SOM | .00+ | 50.00+ | 250.00+ | .00+ | .00+ |
| 179 | 05/04/1994 | ORD | .00+ | 50.00+ | 200.00+ | | |
| 180 | 05/01/1994 | SOM | .00+ | .00+ | .00+ | .00+ | .00+ |

NAD2



**DELAWARE HEALTH
AND SOCIAL SERVICES**

CHILD SUPPORT ENFORCEMENT

I, Kelly Langley, Fiscal Administrative Officer, custodian, or other authorized person of the Division of Child Support Enforcement Accounting Unit, do hereby certify that the attached are true and accurate copies of the support payments on file in the case of:

_____Kellee Mullen_____ vs. _____Parris Wall_____

and that the same remains on record in said agency of the State of Delaware at the Churchman's Corporate Center, New Castle, Delaware 19720.

In witness whereof, I have set my hand this ____16____ day of

____Feb____, ____2006____ A.D.

_____Kelly A. Langley_____, Certifier

_____Viola H_____, Notary Public/Witness



```
DACSES  01 A              ACCOUNT STATEMENT        02/16/2006  1011
AP      WALL, PARRIS L      MCI: 0000090404   TYPE: WAGE  AUDIT: 02/16/2006
CLI     MULLEN, KELLEE Y.    MCI: 0000500622   FAMILY CRT FILE#: CK91-3064
ORDER START: 04/19/2005   END: 07/15/2013   OTHER STATE #:
  SUPP          TYPE: CASE      CURSUP      AFDCA       CUSTA1     CUSTS1
  MODE          STATUS:         OPEN        OPEN        OPEN       OPEN
  ALL       ACCOUNT #: 230597   230599      000040      230599     230599
      DUE PER MO  :                  .00         .00      260.00        .00
      CURR MO OBLIG:                 .00         .00      260.00        .00
  DUE BY 03/01/2006 :               .00         .00      260.00        .00

001 02/16/2006   BAL     .00+       .00+    9,864.80+   5,542.33+      .00+
002 02/16/2006  MARR     .00+                  25.35-       4.33+
003 01/01/2006   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
004 12/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
005 11/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
006 10/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
007 09/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
008 08/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
009 07/01/2005   SOM     .00+       .00+    9,890.15+   5,538.00+      .00+
010 06/28/2005   ORD     .00+    130.00-                   182.00-
011 06/01/2005   SOM     .00+    130.00+    9,890.15+   5,590.00+      .00+
012 05/01/2005   SOM     .00+    130.00+    9,890.15+   5,460.00+      .00+
013 04/01/2005   SOM     .00+    130.00+    9,890.15+   5,330.00+      .00+
014 03/01/2005   SOM     .00+    130.00+    9,890.15+   5,200.00+      .00+
015 02/01/2005   SOM     .00+    130.00+    9,890.15+   5,070.00+      .00+
016 01/01/2005   SOM     .00+    130.00+    9,890.15+   4,940.00+      .00+
017 12/01/2004   SOM     .00+    130.00+    9,890.15+   4,810.00+      .00+
018 11/01/2004   SOM     .00+    130.00+    9,890.15+   4,680.00+      .00+
019 10/01/2004   SOM     .00+    130.00+    9,890.15+   4,550.00+      .00+
020 09/01/2004   SOM     .00+    130.00+    9,890.15+   4,420.00+      .00+
021 08/01/2004   SOM     .00+    130.00+    9,890.15+   4,290.00+      .00+
022 07/01/2004   SOM     .00+    130.00+    9,890.15+   4,160.00+      .00+
023 06/01/2004   SOM     .00+    130.00+    9,890.15+   4,030.00+      .00+
024 05/01/2004   SOM     .00+    130.00+    9,890.15+   3,900.00+      .00+
025 04/01/2004   SOM     .00+    130.00+    9,890.15+   3,770.00+      .00+
026 03/01/2004   SOM     .00+    130.00+    9,890.15+   3,640.00+      .00+
027 02/01/2004   SOM     .00+    130.00+    9,890.15+   3,510.00+      .00+
028 01/01/2004   SOM     .00+    130.00+    9,890.15+   3,380.00+      .00+
029 12/01/2003   SOM     .00+    130.00+    9,890.15+   3,250.00+      .00+
030 11/01/2003   SOM     .00+    130.00+    9,890.15+   3,120.00+      .00+
031 10/01/2003   SOM     .00+    130.00+    9,890.15+   2,990.00+      .00+
032 09/01/2003   SOM     .00+    130.00+    9,890.15+   2,860.00+      .00+
033 08/01/2003   SOM     .00+    130.00+    9,890.15+   2,730.00+      .00+
034 07/01/2003   SOM     .00+    130.00+    9,890.15+   2,600.00+      .00+
035 06/01/2003   SOM     .00+    130.00+    9,890.15+   2,470.00+      .00+
036 05/01/2003   SOM     .00+    130.00+    9,890.15+   2,340.00+      .00+
037 04/01/2003   SOM     .00+    130.00+    9,890.15+   2,210.00+      .00+
038 03/01/2003   SOM     .00+    130.00+    9,890.15+   2,080.00+      .00+
039 02/01/2003   SOM     .00+    130.00+    9,890.15+   1,950.00+      .00+
040 01/01/2003   SOM     .00+    130.00+    9,890.15+   1,820.00+      .00+
041 12/01/2002   SOM     .00+    130.00+    9,890.15+   1,690.00+      .00+
042 11/01/2002   SOM     .00+    130.00+    9,890.15+   1,560.00+      .00+
043 10/01/2002   SOM     .00+    130.00+    9,890.15+   1,430.00+      .00+
044 09/01/2002   SOM     .00+    130.00+    9,890.15+   1,300.00+      .00+
045 08/01/2002   SOM     .00+    130.00+    9,890.15+   1,170.00+      .00+
                                                                    NAD2
```

01 B

APFEES
OPEN
000051
           .00
           .00
           .00

     170.00+

     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+

     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+
     170.00+

NAD2

```
DACSES   02 A          ACCOUNT STATEMENT        02/16/2006  1011
AP    WALL, PARRIS L        MCI: 0000090404    TYPE: WAGE  AUDIT: 02/16/2006
CLI    MULLEN, KELLEE Y.    MCI: 0000500622    FAMILY CRT FILE#: CK91-3064
ORDER START: 04/19/2005    END: 07/15/2013    OTHER STATE #:
 SUPP          TYPE: CASE         CURSUP      AFDCA        CUSTA1        CUSTS1
 MODE          STATUS:            OPEN        OPEN         OPEN          OPEN
 ALL       ACCOUNT #: 230597     230599      000040       230599        230599
      DUE PER MO   :                  .00          .00       260.00           .00
      CURR MO OBLIG:                  .00          .00       260.00           .00
 DUE BY 03/01/2006 :                  .00          .00       260.00           .00
```

| | | | CURSUP | AFDCA | CUSTA1 | CUSTS1 |
|---|---|---|---|---|---|---|
| 046 | 07/02/2002 | MAO | .00+ | | | |
| 047 | 07/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 1,040.00+ | .00+ |
| 048 | 06/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 910.00+ | .00+ |
| 049 | 05/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 780.00+ | .00+ |
| 050 | 04/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 650.00+ | .00+ |
| 051 | 03/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 520.00+ | .00+ |
| 052 | 02/01/2002 | NPA | .00+ | | | | |
| 053 | 02/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 390.00+ | .00+ |
| 054 | 01/01/2002 | SOM | .00+ | 130.00+ | 9,890.15+ | 260.00+ | .00+ |
| 055 | 12/22/2001 | MAO | .00+ | | | | |
| 056 | 12/01/2001 | SOM | .00+ | 130.00+ | 9,890.15+ | 130.00+ | .00+ |
| 057 | 11/01/2001 | SOM | .00+ | 130.00+ | 9,890.15+ | .00+ | .00+ |
| 058 | 10/01/2001 | SOM | .00+ | 130.00+ | 9,760.15+ | .00+ | .00+ |
| 059 | 09/29/2001 | NPA | .00+ | | | | |
| 060 | 09/01/2001 | SOM | .00+ | 130.00+ | 9,630.15+ | .00+ | .00+ |
| 061 | 08/01/2001 | SOM | .00+ | 130.00+ | 9,500.15+ | .00+ | .00+ |
| 062 | 07/01/2001 | SOM | .00+ | 130.00+ | 9,370.15+ | .00+ | .00+ |
| 063 | 06/30/2001 | AFDC | .00+ | | 130.00+ | 130.00- | |
| 064 | 06/01/2001 | NPA | .00+ | | | | |
| 065 | 06/01/2001 | SOM | .00+ | 130.00+ | 9,240.15+ | .00+ | .00+ |
| 066 | 05/12/2001 | ADJ | .00+ | | | | |
| 067 | 05/01/2001 | SOM | .00+ | 130.00+ | 9,110.15+ | .00+ | .00+ |
| 068 | 04/01/2001 | SOM | .00+ | 130.00+ | 8,980.15+ | .00+ | .00+ |
| 069 | 03/01/2001 | SOM | .00+ | 130.00+ | 8,850.15+ | .00+ | .00+ |
| 070 | 02/01/2001 | SOM | .00+ | 130.00+ | 8,720.15+ | .00+ | .00+ |
| 071 | 01/01/2001 | SOM | .00+ | 130.00+ | 8,590.15+ | .00+ | .00+ |
| 072 | 12/01/2000 | SOM | .00+ | 130.00+ | 8,460.15+ | .00+ | .00+ |
| 073 | 11/01/2000 | SOM | .00+ | 130.00+ | 8,330.15+ | .00+ | .00+ |
| 074 | 10/01/2000 | SOM | .00+ | 130.00+ | 8,200.15+ | .00+ | .00+ |
| 075 | 09/01/2000 | SOM | .00+ | 130.00+ | 8,070.15+ | .00+ | .00+ |
| 076 | 08/01/2000 | SOM | .00+ | 130.00+ | 7,940.15+ | .00+ | .00+ |
| 077 | 07/01/2000 | SOM | .00+ | 130.00+ | 7,810.15+ | .00+ | .00+ |
| 078 | 06/01/2000 | SOM | .00+ | 130.00+ | 7,680.15+ | .00+ | .00+ |
| 079 | 05/01/2000 | SOM | .00+ | 130.00+ | 7,550.15+ | .00+ | .00+ |
| 080 | 04/01/2000 | SOM | .00+ | 130.00+ | 7,420.15+ | .00+ | .00+ |
| 081 | 03/01/2000 | SOM | .00+ | 130.00+ | 7,290.15+ | .00+ | .00+ |
| 082 | 02/01/2000 | SOM | .00+ | 130.00+ | 7,160.15+ | .00+ | .00+ |
| 083 | 01/01/2000 | SOM | .00+ | 130.00+ | 7,030.15+ | .00+ | .00+ |
| 084 | 12/01/1999 | SOM | .00+ | 130.00+ | 6,900.15+ | .00+ | .00+ |
| 085 | 11/01/1999 | SOM | .00+ | 130.00+ | 6,770.15+ | .00+ | .00+ |
| 086 | 10/05/1999 | AFDC | .00+ | | 650.00+ | 650.00- | |
| 087 | 10/01/1999 | MAO | .00+ | | | | |
| 088 | 10/01/1999 | SOM | .00+ | 130.00+ | 6,120.15+ | 520.00+ | .00+ |
| 089 | 09/01/1999 | SOM | .00+ | 130.00+ | 6,120.15+ | 390.00+ | .00+ |
| 090 | 08/01/1999 | SOM | .00+ | 130.00+ | 6,120.15+ | 260.00+ | .00+ |

NAD2

02 B

**APFEES**
**OPEN**
000051
   .00
   .00
   .00


  170.00+
  170.00+
  170.00+
  170.00+
  170.00+

  170.00+
  170.00+

  170.00+
  170.00+
  170.00+

  170.00+
  170.00+
  170.00+


  170.00+

  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+
  170.00+


  170.00+
  170.00+
  170.00+

NAD2

```
DACSES   03 A              ACCOUNT STATEMENT      02/16/2006  1011
AP      WALL, PARRIS L      MCI: 0000090404   TYPE: WAGE  AUDIT: 02/16/2006
CLI     MULLEN, KELLEE Y.   MCI: 0000500622   FAMILY CRT FILE#: CK91-3064
ORDER START: 04/19/2005   END: 07/15/2013   OTHER STATE #:
  SUPP          TYPE: CASE       CURSUR      AFDCA      CUSTA1      CUSTS1
  MODE         STATUS:           OPEN        OPEN       OPEN        OPEN
  ALL       ACCOUNT #: 230597    230599      000040     230599      230599
      DUE PER MO  :                 .00        .00      260.00         .00
      CURR MO OBLIG:               .00        .00      260.00         .00
  DUE BY 03/01/2006 :             .00        .00      260.00         .00

091 07/01/1999  SOM      .00+     130.00+    6,120.15+    130.00+        .00+
092 06/01/1999  SOM      .00+     130.00+    6,120.15+       .00+        .00+
093 05/01/1999  SOM      .00+        .00+    6,120.15+       .00+        .00+
094 04/09/1999  ADJ  1,884.00+    130.00-    1,329.60-     424.40-
095 04/01/1999  SOM      .00+     130.00+    7,449.75+     294.40+        .00+
096 03/01/1999  SOM      .00+     130.00+    7,449.75+     164.40+        .00+
097 02/01/1999  SOM      .00+        .00+    7,449.75+     164.40+        .00+
098 01/22/1999  CASH   140.00+    130.00-       10.00-
099 01/01/1999  SOM      .00+     130.00+    7,459.75+      34.40+        .00+
100 12/28/1998  MAO      .00+
101 12/01/1998  SOM      .00+        .00+    7,459.75+      34.40+        .00+
102 11/17/1998  CASH    66.72+                              66.72-
103 11/16/1998  CASH   548.88+    130.00-      125.00-     288.88-
104 11/01/1998  SOM      .00+     130.00+    7,584.75+     260.00+        .00+
105 10/01/1998  SOM      .00+     130.00+    7,584.75+     130.00+        .00+
106 09/01/1998  SOM      .00+     130.00+    7,584.75+        .00+        .00+
107 08/31/1998  NPA      .00+
108 08/01/1998  SOM      .00+     130.00+    7,584.75+        .00+        .00+
109 07/01/1998  SOM      .00+        .00+    7,454.75+        .00+        .00+
110 06/22/1998  CASH   651.25+    130.00-      516.25-
111 06/01/1998  SOM      .00+     130.00+    7,841.00+        .00+        .00+
112 05/01/1998  SOM      .00+     130.00+    7,711.00+        .00+        .00+
113 04/01/1998  SOM      .00+     130.00+    7,581.00+        .00+        .00+
114 03/01/1998  SOM      .00+     130.00+    7,451.00+        .00+        .00+
115 02/01/1998  SOM      .00+     130.00+    7,321.00+        .00+        .00+
116 01/01/1998  SOM      .00+     130.00+    7,191.00+        .00+        .00+
117 12/01/1997  SOM      .00+     130.00+    7,061.00+        .00+        .00+
118 11/01/1997  SOM      .00+     130.00+    6,931.00+        .00+        .00+
119 10/01/1997  SOM      .00+     130.00+    6,801.00+        .00+        .00+
120 09/01/1997  SOM      .00+     130.00+    6,671.00+        .00+        .00+
121 08/01/1997  SOM      .00+     130.00+    6,541.00+        .00+        .00+
122 07/01/1997  SOM      .00+     130.00+    6,411.00+        .00+        .00+
123 06/01/1997  SOM      .00+     130.00+    6,281.00+        .00+        .00+
124 05/01/1997  SOM      .00+     130.00+    6,151.00+        .00+        .00+
125 04/01/1997  SOM      .00+     130.00+    6,021.00+        .00+        .00+
126 03/01/1997  SOM      .00+     130.00+    5,891.00+        .00+        .00+
127 02/10/1997  ORD      .00+
128 02/10/1997  ORD      .00+      39.00+       39.00+
129 02/01/1997  SOM      .00+      91.00+    5,761.00+        .00+        .00+
130 01/01/1997  SOM      .00+      91.00+    5,670.00+        .00+        .00+
131 12/01/1996  SOM      .00+      91.00+    5,579.00+        .00+        .00+
132 11/01/1996  SOM      .00+      91.00+    5,488.00+        .00+        .00+
133 10/01/1996  SOM      .00+      91.00+    5,397.00+        .00+        .00+
134 09/01/1996  SOM      .00+      91.00+    5,306.00+        .00+        .00+
135 08/01/1996  SOM      .00+      91.00+    5,215.00+        .00+        .00+
                                                                       NAD2
```

```
03 B

APFEES
OPEN
000051
          .00
          .00
          .00

       170.00+
       170.00+
       170.00+

       170.00+
       170.00+
       170.00+

       170.00+

       170.00+

         5.00-
       175.00+
       175.00+
       175.00+

       175.00+
       175.00+
         5.00-
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+
       180.00+

          .00+
          .00+
          .00+
          .00+
          .00+
          .00+
          .00+
```

NAD2

```
DACSES   04 A          ACCOUNT STATEMENT         02/16/2006  1011
AP      WALL, PARRIS L       MCI: 0000090404  TYPE: WAGE  AUDIT: 02/16/2006
CLI     MULLEN, KELLEE Y.    MCI: 0000500622  FAMILY CRT FILE#: CK91-3064
ORDER START: 04/19/2005   END: 07/15/2013   OTHER STATE #:
   SUPP          TYPE: CASE        CURSUP      AFDCA      CUSTA1     CUSTS1
   MODE        STATUS:             OPEN        OPEN       OPEN       OPEN
   ALL       ACCOUNT #: 230597     230599      000040     230599     230599
       DUE PER MO   :                    .00         .00     260.00        .00
       CURR MO OBLIG:                    .00         .00     260.00        .00
DUE BY 03/01/2006 :                      .00         .00     260.00        .00

136 07/08/1996 AFDC      .00+                  91.00+     91.00-
137 07/01/1996  SOM      .00+      91.00+    5,124.00+      .00+         .00+
138 06/29/1996 NPA       .00+
139 06/01/1996  SOM      .00+      91.00+    5,033.00+      .00+         .00+
140 05/01/1996  SOM      .00+      91.00+    4,942.00+      .00+         .00+
141 04/01/1996  SOM      .00+      91.00+    4,851.00+      .00+         .00+
142 03/01/1996  SOM      .00+      91.00+    4,760.00+      .00+         .00+
143 02/01/1996  SOM      .00+      91.00+    4,669.00+      .00+         .00+
144 01/01/1996  SOM      .00+      91.00+    4,578.00+      .00+         .00+
145 12/01/1995  SOM      .00+      91.00+    4,487.00+      .00+         .00+
146 11/01/1995  SOM      .00+      91.00+    4,396.00+      .00+         .00+
147 10/02/1995 ORD       .00+      41.00+       91.00+
148 10/01/1995  SOM      .00+      50.00+    4,305.00+      .00+         .00+
149 09/01/1995  SOM      .00+      50.00+    4,255.00+      .00+         .00+
150 08/01/1995  SOM      .00+      50.00+    4,205.00+      .00+         .00+
151 07/01/1995  SOM      .00+     100.00+    4,105.00+      .00+         .00+
152 06/13/1995 AFDC      .00+                  50.00+     50.00-
153 06/01/1995  SOM      .00+     100.00+    4,055.00+     50.00+        .00+
154 05/01/1995  SOM      .00+      50.00+    4,055.00+      .00+         .00+
155 04/29/1995 NPA       .00+
156 04/01/1995  SOM      .00+      50.00+    4,005.00+      .00+         .00+
157 03/01/1995  SOM      .00+      50.00+    3,955.00+      .00+         .00+
158 02/01/1995  SOM      .00+      50.00+    3,905.00+      .00+         .00+
159 01/01/1995  SOM      .00+      50.00+    3,855.00+      .00+         .00+
160 12/01/1994  SOM      .00+      50.00+    3,805.00+      .00+         .00+
161 11/01/1994  SOM      .00+      50.00+    3,755.00+      .00+         .00+
162 10/01/1994  SOM      .00+      50.00+    3,705.00+      .00+         .00+
163 09/01/1994  SOM      .00+      50.00+    3,655.00+      .00+         .00+
164 08/01/1994  SOM      .00+      50.00+    3,605.00+      .00+         .00+
165 07/01/1994  SOM      .00+      50.00+    3,555.00+      .00+         .00+
166 06/01/1994  SOM      .00+      50.00+    3,555.00+      .00+         .00+
167 05/01/1994  SOM      .00+      50.00+    3,455.00+      .00+         .00+
168 04/09/1994 FTIN   195.00+                 195.00-
169 04/01/1994  SOM      .00+      50.00+    3,600.00+      .00+         .00+
170 03/01/1994  SOM      .00+      50.00+    3,550.00+      .00+         .00+
171 02/01/1994  SOM      .00+      50.00+    3,500.00+      .00+         .00+
172 01/01/1994  SOM      .00+      50.00+    3,450.00+      .00+         .00+
173 12/01/1993  SOM      .00+      50.00+    3,400.00+      .00+         .00+
174 11/01/1993  SOM      .00+      50.00+    3,350.00+      .00+         .00+
175 10/01/1993  SOM      .00+      50.00+    3,300.00+      .00+         .00+
176 09/01/1993  SOM      .00+      50.00+    3,250.00+      .00+         .00+
177 08/01/1993  SOM      .00+      50.00+    3,200.00+      .00+         .00+
178 07/01/1993  SOM      .00+      50.00+    3,150.00+      .00+         .00+
179 06/01/1993  SOM      .00+      50.00+    3,150.00+      .00+         .00+
180 05/05/1993 MAO       .00+                  50.00+

                                                            NAD2
```

```
DACSES  05 A          ACCOUNT STATEMENT        02/16/2006  1011
AP    WALL, PARRIS L        MCI: 0000090404   TYPE: WAGE  AUDIT: 02/16/2006
CLI    MULLEN, KELLEE Y.     MCI: 0000500622  FAMILY CRT FILE#: CK91-3064
ORDER START: 04/19/2005   END: 07/15/2013   OTHER STATE #:
  SUPP        TYPE: CASE        CURSUP    AFDCA      CUSTA1      CUSTS1
  MODE        STATUS:          OPEN      OPEN       OPEN        OPEN
  ALL      ACCOUNT #: 230597   230599    000040     230599      230599
        DUE PER MO  :               .00       .00    260.00          .00
        CURR MO OBLIG:               .00       .00    260.00          .00
DUE BY 03/01/2006 :               .00       .00    260.00          .00

181 05/01/1993 NPA       .00+
182 05/01/1993 SOM       .00+     50.00+   3,050.00+      .00+        .00+
183 04/01/1993 SOM       .00+     50.00+   3,000.00+      .00+        .00+
184 03/01/1993 SOM       .00+     50.00+   2,950.00+      .00+        .00+
185 02/01/1993 SOM       .00+     50.00+   2,900.00+      .00+        .00+
186 01/01/1993 SOM       .00+     50.00+   2,850.00+      .00+        .00+
187 12/01/1992 SOM       .00+     50.00+   2,800.00+      .00+        .00+
188 11/03/1992 MAO       .00+
189 11/01/1992 SOM       .00+     50.00+   2,750.00+      .00+        .00+
190 10/31/1992 NPA       .00+
191 10/01/1992 SOM       .00+     50.00+   2,700.00+      .00+        .00+
192 09/01/1992 SOM       .00+     50.00+   2,650.00+      .00+        .00+
193 08/01/1992 SOM       .00+     50.00+   2,600.00+      .00+        .00+
194 07/01/1992 SOM       .00+     50.00+   2,550.00+      .00+        .00+
195 06/01/1992 SOM       .00+     50.00+   2,500.00+      .00+        .00+
196 05/01/1992 SOM       .00+     50.00+   2,450.00+      .00+        .00+
197 04/01/1992 SOM       .00+     50.00+   2,400.00+      .00+        .00+
198 03/01/1992 SOM       .00+     50.00+   2,350.00+      .00+        .00+
199 02/01/1992 SOM       .00+     50.00+   2,300.00+      .00+        .00+
200 01/01/1992 SOM       .00+     50.00+   2,300.00+      .00+        .00+
201 12/09/1991 ORD       .00+              2,300.00+
202 12/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
203 11/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
204 10/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
205 09/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
206 08/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
207 07/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
208 06/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
209 05/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
210 04/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
211 03/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
212 02/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
213 01/01/1991 SOM       .00+      .00+       .00+       .00+        .00+
214 12/01/1990 SOM       .00+      .00+       .00+       .00+        .00+
215 11/01/1990 SOM       .00+      .00+       .00+       .00+        .00+
```

NAD2

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 99-33-JJF
)
PARRIS WALL )

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that

on February 28, 2006, I electronically filed the foregoing:

### RESPONSE TO MOTION FOR RETURN OF PROPERTY

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Parris Wall
#04172-015
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000