IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-33-JJF |
| | ) | |
| PARRIS WALL, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED**
**CERTIFICATE OF SERVICE**

I, Richard G. Andrews, Assistant United States Attorney, hereby certify that on February 28, 2006, I caused to be electronically filed the motion **RESPONSE TO MOTION FOR RETURN OF PROPERTY**, and on April 26, 2006, I hereby serve said motion by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to pro se defendant as follows:

Parris Wall
#04172-015
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
Assistant United States Attorney

Dated: 4/26/06