ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PARRIS WALL,

Petitioner

v.

Criminal Action No

99-33-004(JJF)

UNITED STATES OF AMERICA,

Respondent. /

FILED

MAY 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

80 scanned

CLARIFICATION OF STATEMENTS MADE [illegible]'S "MOTION FOR RETURN OF UNITED STATES CURRENCY AND MISCELLANEOUS PROPERTY SEIZED DURING SUBSEQUENT ARREST AND SEARCH NOW HELD IN VIOLATION OF FED.R.CRIM.P.RULE 41(g)

1. Petitioner Parris Wall,received the governments response to his January 19,2006 RULE 41(g) motion on Monday May,1,2006.

2. The government points out in their motion that petitioner may have lied in regards to statements made in his motion ,and petitioner Wall would like to clarify those discrepancies.

3. Paragraph (2) of petitioners Rule 41(g) motion reads in pertinent part:"**Also in the custody of the petitioner was a portfolio of car titles,rent receipt,and one(1) gold ring.All of which were seized by law enforcement agents on the date in question.**These items were not seized on the date that petitioner was arrested,but about a week before from his co-defendants sister's white Acura Legend vehicle that Scott was driving on

the night that he was arrested.

4. In Paragraph (5) of the petitioner's Rule 41(g) motion it reads,"**Petitioner's jury trial began September 27,199,and ended October 8,1999,wherin,the Government <u>never</u> produced the $590.00 dollars nor the portfolio as evidence against the Petitioner.** This was a mere miscommunication,between myself,and the person whom I dictated the facts to who was the person who typed the motion up for me.It was not the petitioner's intent in any way to mislead the court,especially being as though the facts have been transcribed,and undisputed long ago.

Dated: 5/13/2006

Respectfully Subnitted,

Parris Wall

Parris Wall,pro se
U.S.P.Lewisburg
P.O.Box 1000
Lewisburg,PA 17837-1000

# CERTIFICATE OF SERVICE

I, Parris Wall, hereby certify that I have served a true and correct copy of the foregoing:

Motion for Clarification of Rule 41(g) Motion

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to: Richard G. Andrews, Esq.
United States Attorneys Office
~~1201 Market St. Suite 1100~~ * Nemours Bldg #700
P.O. Box 2046
Wilmington, DE 19899-2046

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 15th day of May 2006,

Respectfully Submitted,

Parris Wall Parris Wall

REG. NO. 04172-015

Inmate Name: Harris Wall
Register Number: 04172-015
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837
MAY 16 2006 HARRISBURG PA 171 PM
U.S.M.S
X-RAY
United States District Court
c/o Clerk of the Court
J. Caleb Boggs Federal Bldg.
844 King St. Lock Box #18
Wilmington, DE
U. S. PENITENTIARY
P. O. BOX 1000
LEWISBURG, PENNSYLVANIA
MAY 15 2006
DATE
THE ENCLOSED LETTER WAS PROCESSE
SPECIAL MAILING PROCEDURES FOR FO
YOU. THE LETTER HAS BEEN NEITHER O
INSPECTED. IF THE WRITER RAISES A QU

