IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 99-33-4-JJF |
| | : | |
| PARRIS WALL, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this  2  day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Return Of United States Currency And Miscellaneous Property Seized During Subsequent Arrest And Search Now Held In Violation Of Fed. R. Crim. P. Rule 41(g) (D.I. 307) is **GRANTED**.

2. The Government shall cause the return of the seized property to Defendant within **thirty (30) days** of the date of this Order.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE