Parris Wall
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 1000

June 8, 2006

To: Colm F. Connolly, Esq., United States Attorney
and Richard G. Andrews, Asst. United States Attorney
Office of the United States Attorney
Wilmington, Delware.

**IN RE: United States of America v. Parris Wall, Crim.No.#99-33-4-JJF**

Dear United States Attorney:

I write in regard to the June 2, 2006 **Order** handed down by the Honorable Joseph J. Farnan, Jr.

Petitioner's Motion For Return of United States Currency And Miscellaneous Property Seized During Subsequent Arrest And Search Now Held In Violation of Fed.R.Crim.P. Rule 41(g) was **Granted** in above-cited order. Currency in the amount of $591.00 dollars was ordered returned within thirty (30) days of the date of aforementioned court order.

Please be advised that Petitioner is incarcerated at USP Lewisburg, a federal penitentiary, and would request that your office forward said $591.00 dollars to the following:

    Parris Wall
    Reg.# 04172-015
    Federal Bureau of Prisons
    Post Office Box 474701
    Des Moines, Iowa 50947-0001

Please feel free to contact me for any further assistance. Thank You.

Sincerely,
Parris Wall

cc:filed
    District Court of Delaware

Inmate Name: Parris Wall
Register Number: 04172-015

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
12 JUN 2006 PM 5 L

United States District Court
c/o Clerk of the Court
J. Caleb Boggs Federal Bldg.
Lockbox #18
844 King Street
Wilmington, DE 19801

LEGAL MAIL!!!