IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PARRIS WALL,

    Petitioner.

v.

    District Court No:
    99-33-004 (JJF)

UNITED STATES OF AMERICA,

    Respondent.

FILED
AUG 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION REQUESTING LEAVE TO AMEND
28 U.S.C. 2255 PETITION PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 15(a)

COMES NOW, the Petitioner, Parris Wall pro-se, in the above titled matter respectfully moves this Honorable Court for the permission to amend his instant 2255 petition pursuant to the Federal Rules of Civil Procedure-15(a), the following is set forth:

Under Federal Rules of Civil Procedure-15(a) a party who wishes to amend a pleadind after a responsive pleading has been served must obtain the agreement of the opposing parties or leave of the court.

Dated: 8/23/06

HOUSER, PAROLE OFFICER
AUTHORIZED BY ACT OF JULY
1955, TO ADMINISTER OATHS
(18 U.S.C. 4004)

RESPECTFULLY SUBMITTED,

Parris Wall

1.