UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 04-2280, 05-2019

UNITED STATES OF AMERICA

v.

PARRIS WALL, JR. a/k/a PETEY

Parris Wall, Appellant

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 99-cr-00033-4)
District Judge: The Honorable Joseph J. Farnan, Jr.

ARGUED APRIL 26, 2006

BEFORE: SCIRICA, Chief Judge, and
NYGAARD, Circuit Judge., and YOHN,* District Judge.

JUDGMENT

This cause came to be heard on the record from the United States District Court for

the District of Delaware and was argued by counsel on April 26, 2006.

---

*Honorable William H. Yohn, Jr., Senior District Judge for the United States District
Court for the Eastern District of Pennsylvania, sitting by designation.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the order of the said District Court entered on February 9, 2004, be, and the same is hereby is REVERSED.

All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: August 8, 2006

Certified as a true copy and issued in lieu of a formal mandate on 09/29/06

Teste: /s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit