IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 99-33-JJF |
| | : | |
| | : | Civil Action No. 03-148-JJF |
| PARRIS L. WALL, JR., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court of Appeals for the Third Circuit has reversed the Court's decision denying Defendant's Section 2255 Motion as untimely and remanding this matter with instructions for the Court to reinstate his Motion and review it on the merits;

WHEREAS, the Government has filed a substantive response to Defendant's Section 2255 Motion (D.I. 236); however, prior to the issuance of the Third Circuit's mandate, Defendant filed a Motion Requesting Leave To Amend 28 U.S.C. 2255 Petition Pursuant To Federal Rules Of Civil Procedure 15(a) (D.I. 326);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Defendant's Section 2255 Motion (D.I. 213) is reinstated.

2.   The Government shall file a response to the Motion Requesting Leave To Amend by **Friday, October 27, 2006.**

3.  Any Reply by Defendant shall be filed by **Friday, November 10, 2006.**

October 13, 2006
DATE

                              *[signature]*
UNITED STATES DISTRICT JUDGE