# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                                               )
                       Plaintiff,              )
                                                               )
             v.              )        Criminal Action No. 99-33-4-JJF
                                                       )        Cv. Action No. 03-148
PARRIS WALL,              )
                      Defendant.              )

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

        **PLEASE** withdraw the appearance of Richard G. Andrews, First Assistant U.S. Attorney,

as attorney of record for the United States and enter the appearance of Shannon T. Hanson,

Assistant U.S. Attorney, in the above-captioned case.

                                             Respectfully submitted,

                                             COLM F. CONNOLLY
                                             United States Attorney

                             BY:                                    
                                  Shannon T. Hanson
                                  Assistant United States Attorney

Dated: June 6, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 99-33-4-JJF** |
| | ) | **Cv. Action No. 03-148** |
| **PARRIS WALL,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 6th day of June 2007, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

> Parris Wall, Jr.
> #04172-015
> USP Lewisburg
> P.O. Box 1000
> Lewisburg, PA 17837-1000

Marie Steel
Legal Assistant