6/27/07

To: The Clerk of the Court
Fr: Parris Wall,

On June 25, 2007, I filed a Petition to Alter or Amend pursuant to F.R.Civ.P. 59(E). I just noticed that I didnt put my Criminal # or civil # which I am enclosing now:

Criminal Action No. 99-33-JJF
Civil Action No. 03-148-JJF

I you could or would I like to ask that you assist me however, or in regards to this matter or enclose this letter with my motion, or whatever is necessary to correct this.

Thank You for your time, concern & assistance.

Sincerely

Parris Wall

FILED
JUL - 2 2007
RG scanned

Inmate Name: Parris Wall
Register Number: 04/17/2015

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
28 JUN 2007 PM 1 T

United States District Court
c/o Clerk of the Court
J. Caleb Boggs Federal Bldg.
844 N. King St.
Wilmington, DE 19801