RECEIVED
SEP 11 2007

TO: The Honorable Judge Farnan

Dear Your Honor,

  I the past couple of weeks you should have received two personal letters from me in regards to my career offender status. I know, understand, and respect that you are a busy person, so I ask that you please forgive and excuse me in the event that my correspondence has been deemed as an intrusion. I am merely trying to stress my position, and follow up on it. To show you that this is not just a mere passing thought whereas I felt that I might play upon your sympathetic side, nor feign wordplay under the guise of sincerity... just to maybe receive an inkling of consideration. No!... this is Me, Parris Wall C4172-015, defendant, prisoner, coming to you in the essence of truth and sincerity, with no exaggeration or omission of either.

  I don't believe it is necessary to explain and give you the run down of my position again. I've done that clear and concise in my past (2) correspondences.

  Your Honor, what it is that I ask you

to consider, is and will be putting me at the range of Level 26 - Cit. 5 110-137 months without the career offender enhancement. This is the sentence I should have received at my first sentencing nearly 9 years ago.

It is not my belief that your colleague, the late Honorable McKelvie sentenced me above that range out of malice in the least, as evidenced by the judgement of commitment ... he gave me less than the 262-327 months the U.S. Attorney was pushing for (which should have actually been 210-262 months) ... but is now harmless since he departed pursuant to 4A1.3 ... to 180 months, cause he felt that this status overrepresented me.

However, that sentence with the career offender status not totally removed was in error, which is not uncommon, but not as easy to identify with due to the change of the statute (the prior offense statute) and a misinterpretation of the commentary.

Your Honor, I am not trying to break through the A.E.D.P.A gatekeeping policies here. This letter isn't a motion, but it is me asking you to on your own motion / The Court, to

relieve me of this statutus, as is consistent with the commentary, and give me the correct sentence I should have received absent the career offender status.

You have the inherent power to correct this, and it is within you're jurisdiction to do so, and it's the only correct cure.

I wrote to you personally I believe it was in the summer of 06, enclosed were pictures of my children. That Your Honor, was a cry for relief as well as a plea for sympathy.

I dont ask for any sympathy here and now, nor later. I ask for justice, which can only come from relaxing my career offender status.

I trust that you have or will consider what I've asked and relax the career offender status from my sentence.

I also ask that you expidite this matter at your earliest convenience.

Thank you in advance.

Sincerely,
Parrish Wall

P.S.

Level 26
Category 5
110 - 137 months = 9 years and 4 months
                   -to-
                   11 years and 5 months

Institution given good time mandated by Congress is:

1. 1 year and 4 months on 110 month sentence

    A. This would be 8 years in prison - or 7 1/2 years in prison, and 6 months halfway house

2. On 137 month sentence / 11 years + 5 months

    A. 1 year 6 months and 17 days good time

    B. 9 years - 10 months - 13 days in prison, or 9 years - 4 months - 13 days, and 6 months halfway house.

Given the low end of 110 month, my time is complete.
Given the high end, I'll have another year and a month, or less, instantly qualified to go to halfway house with less than 6 months remaining.

Your Honor. All I ask is for you to do the proper thing. I am ready to go home. I am a believer. I am almost 40. I came at 27. The games are behind me. I believe. This aint a hint of sympathy slipped in. This is Truth.

Take Care,

Parris

Also. As I stated in an earlier correspondence. I dont wanna waste any time or effort. A new Judgment of Commitment will suffice unless my presence would be required.

