IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-033-4-JJF |
| | : | Civil Action No. 03-148-JJF |
| PARRIS L. WALL, JR., | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 26 day of February 2008 for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant's Motion To Alter Or Amend Judgment (D.I. 338) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE



FILED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE