To:The Honorable Judge  Farnan
United States District Ciurt Judge/
and The Clerk of The Court.

CR 99-33-4

 

 

Enclosed please find copies of letters mailed to the
United States Probation Officers,NancyKlingler,(U.S.Probation
Officer), John R.Mc Donough(Supervising Probation Officer),
andEllen R. Krause (Chief U.S.Probation Officer, in regards
to correcting inaccuracies in my pre-sentence report



FILED

APR - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD

Dated:
3/31/08

RESPECTFULLY SUBMITTED,

Parris Wall, Pro. Se

PARRIS WALL, Pro-Se



Inmate Name: _____ Parris Wall _____
Register Number: __ 04172-015 __

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

United States District Court
C/O Clerk of the Court
J.Caleb Boggs Federal Building
844 N.King Street
Wilmington,DE 19801