To:Ellen J.Krause

Chief U.S. Probation Officer



Dear Ms.Ellen J.Krause.

    Enclosed is a copy of a letter that I just mailed to Ms. Nancy Klingler.I've enclosed a copy to you,because you were the one who submitted the pre-sentence report,or at least the addendum that I have before me.

    Since you submitted the report,I am placing you on notice as well that I plan to sue you for money damages if inaccuracies that I've pointed out aren't corrected within (14) days of receiving this letter.

    See, Sellers v. Bureau of Prisons,959 F.2d. 307 (D.C. Cir.1992).

Dated:                            RESPECTFULLY SUBMITTED,

                                      _Parris Wall, Pro-Se_

                                      PARRIS WALL,Pro-Se