To: John R. McDonough
Supervising U.S. Probation Officer.

Dear Mr. Mc Donough,

Enclose, please find a copy of a letter that I have mailed to Nancy Klingler. I have enclosed a copy to you, because you were the one who approved the report, or at least the Addendum I have before me.

Since you signed and approved of this report, I am placing you on notice that I plan to sue for money damages if inaccuracies that I've pointed to aren't corrected within (14) days of the receiving of this letter.

See Sellers v. Bureau of Prisons, 959 F.2d. 307 (D.C.Cir. 1992.)

Dated:

3/31/08

RESPECTFULLY SUBMITTED,

Parris L. Wall, Pro. Se

PARRIS L. WALL. Pro-Se

[FILED APR - 4 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE]