JUL 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: The Court, The Government
From: Parris Wall

Re: 3582(c)(2) Motion,
and Sentencing Document,
with Attached Notice of
Authority

July 14, 2008 (Monday)
Criminal Docket 99-33-04 (JJF)

In the above captioned matter currently pending before this court, Petitioner waives his presence to any hearing in the event that the court grants his motion in part or fully. In part is limited to the (2) level reduction, or in full... is (Time served), but Petitioner would like to address the Court as is follows:

This period of incarceration has been a very traumatic, humbling, growing experience for the petitioner.

Petitioner was incarcerated at the age of 27 years of age, and is going to be 37 years of age... July 19, 2008.

Petitioners eldest son was (9) years old prior to his incarceration, and is now 18 years old. I have throughout my incarceration maintained a good rapport with my son through all of his foster placements and detentions. He is due to be released from Gander Hill Prison July 2008. (Jeremy)

I have also maintained a bittersweet relationship with my oldest daughter, whom was 5 upon my coming to prison, and will be 15 later this year.

Before my incarceration my son was with me, residing with me and my girlfriend at the time, and my daughter was with me on a consistent basis (although I wasn't involved with her mother.

Since my incarceration my son has been in over 41 state placements, and my daughter has been the victim of a sexual assault.

At the age that my children are, and the relationship that exist, I can be a very valuable instrumental part in their lives. They listen to me, and believe in me, and through my experiences and turbulence, I can, and have a better chance than anyone they are around to curb them, and steer them from the route they may be destined. They trust my judgement, because they have come to understand that I talk and school them through experience.

I've self taught myself from reading self help books, and taking classes dealing with cognitive thinking, and drug programs, and have received a few college credits.

I've also had a great degree of turbulence and drama for which I was punished for. I attribute these incidents to adjustment, but even so as the years have passed these incidents have thinned out dramatically. I am not justifying any of my actions, but this is an adverse atmosphere condensed of the United States atleast, and worst of the worse, although some of these incidents were with administration and authority.

Bottom line is that another day of incarceration serves no purpose on the petitioner, and would only be a waste of father, son, employee, and U.S. citizen. My children, family, and mother could truly appreciate my role in their lives, and I could be an asset to them as well as the community by being a provider for my children as well as teaching them that the lifestyle that I lived, that has me writing this letter is the most destructive thing one could engage in, not only on their self, but family, and victims, as well as their families, a never ending chain of chaos, until it's broken... tcig.

I can't say it too much clearer. I am ready to begin my life again, absent any of the destructive vices that led to this misery. I've channeled all my once felt bitterness into positive energy. I am truly ready.

Perris Wall

I, Parvis Wall have sent a copy of this enclosed letter to:

    Richard C Andrews
    U.S. Attorney's Office
    The Nimarz Building
    1007 Orange St, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046

by placing in sealed envelope with stamps proper postage and handing it to the officer working this block to place in the mail box on this night of Sunday July 13, 2008.

        /s/ Parvis Wall

To: The Clerk of the Court
Fr: Parris Wall

Criminal Docket: 99·33·04(JJF)

RE: 3582 (c)(2) Motion; Notice of Authority

July 14, 2008

I would like to have this letter forwarded to The Judge in this matter so it can be read after review of above captioned motion.

Thank You for your time, concern, and consideration.

Sincerely,

Parris Wall

\* Please accept the single copy of the enclosed letter. This institution has been on lockdown since July 2, 2008, whereas Petitioner has not been able to get copies.
Please also excuse my folding this letter that may have to be copied.

Inmate Name: Parriswell
Register Number: 34172-015

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
JUL 16 2008

United States District Court
c/o Clerk of The Court
J. Caleb Boggs Federal Bldg.
844 N. King St.
Wilmington, DE 19801